AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>CLIFFORD MACKRELL<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:21-mj-00316<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/16/2021<br>Description: Complaint w/ Arrest Warrant |
|---|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CLIFFORD MACKRELL                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Certain Officers or Employees;
18 U.S.C. §§ 1752(a)(1), (2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder; and
40 U.S.C. § 5104(e)(2)(F) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     03/16/2021                                         *[signature]*
                                                            *Issuing officer's signature*

City and state:     Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-16-21, and the person was arrested on *(date)* 3-17-21
at *(city and state)* WELLINGTON, OH.

Date: 3-17-21                                              *[signature]* SA
                                                            *Arresting officer's signature*

                                                            SA Timothy Kolonick
                                                            *Printed name and title*