UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>CLIFFORD MACKRELL,<br><br>          Defendant. | Case No. 21-cr-276 (CKK) |

## MOTION TO CONTINUE

Mr. Clifford Mackrell currently has an arraignment scheduled for April 20, 2021 at 2:00 p.m. Mr. Mackrell, through counsel, respectfully requests a continuance until May 3 at 2:00 p.m. The parties have conferred with the Courtroom Deputy and confirmed the Court's availability for this day.

Due to a conflicting obligation, defense counsel will be unavailable for the April 20 hearing. Mr. Mackrell has no objection to exclusion of time under the Speedy Trial Act.

For this reason, Mr. Mackrell, through counsel, respectfully requests that the Court grant this request for a continuance.

                                        Respectfully Submitted,

                                        A.J. Kramer
                                        Federal Public Defender

                                        /s/
                                        Jose A. German
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004