**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES, |
| v. |
| CLIFFORD MACKRELL, |
| Defendant. |

Criminal Action No. 21-276 (CKK)

**ORDER**
(July 1, 2021)

The Court hereby **ORDERS** that Defendant's Conditions of Release, *see* ECF No. 12, are **AMENDED** to include the following requirements that Defendant:

(1) Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services; and,

(2) Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

On the recommendation of the Pretrial Services Agency for the Northern District of Ohio, these conditions of release were originally imposed upon Defendant by Magistrate Judge William Baugham Jr., of the United States District Court of the Northern District of Ohio. *See* Case No. 1:21-mj-09120, ECF No. 5. Despite a recommendation that these conditions be included in the current order, they were omitted from the boilerplate Order Setting Conditions of Release issued on March 24, 2021. The Court has now conferred with Pretrial Services in the District of Columbia, who additionally conferred with the Ohio Pretrial Services Agency and identified a factual predicate that supports reintroducing the conditions set forth above within Defendant's

1

current conditions of release. Defendant is currently in a mental health program in Ohio, and the Pretrial Services Agency is in the process of locating a drug testing center.

**SO ORDERED.**

Date: July 1, 2021

                                                        */s/ Colleen Kollar-Kotelly*
                                                        COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge