## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-CR-276-CKK** |
| **v.** | : | |
| | : | |
| **CLIFFORD MACKRELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Joseph DeGaetano is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No.415793

_____/s/ Joseph DeGaetano_____
JOSEPH DEGAETANO
TN Bar No. 021448
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (423) 385-1345
Joseph.Degaetano@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 4th day of October 2021, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

*/s/ Joseph DeGaetano*
Joseph DeGaetano
Assistant United States Attorney
