UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFFORD MACKRELL, <br><br> Defendant. | Case No. 21-cr-276 (CKK) |

## MOTION TO CONTINUE

Mr. Clifford Mackrell currently has a status hearing scheduled for January 11, 2022 at 10:00 a.m. Mr. Mackrell, through counsel, respectfully requests a continuance until January 25 or January 28. The parties remain amenable to an alternative date if the Court is unavailable on the aforementioned dates. The Government has represented that there is no objection to this request.

Defense counsel is currently out of the country, and due to limited internet access is unable to join the hearing via video conference. Although counsel expected to return to the office on January 11, that date has now been complicated due to medical reasons.

In light of this request, Mr. Mackrell, through counsel, has no objection to exclusion of time under the Speedy Trial Act until the next status hearing.

For these reasons, Mr. Mackrell respectfully requests that the Court grant his request for a continuance.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

*/s/*
Jose A. German
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004