# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 1:21-cr-00276-CKK** |
| **v.** | : | |
| | : | |
| **CLIFFORD MACKRELL,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Elizabeth N. Eriksen is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Elizabeth N. Eriksen*
Elizabeth N. Eriksen
VA Bar No. 72399
Trial Attorney, Detailee
United States Attorney's Office
District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On this 22nd day of June, 2022, a copy of the foregoing was served upon all parties listed on the

Electronic Case Filing (ECF) System.

<u>/s/ *Elizabeth N. Eriksen*</u>
Elizabeth N. Eriksen
Trial Attorney, Detailee