UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CLIFFORD MACKRELL,<br><br>  Defendant. | Criminal No. 21-CR-276 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**
July 27, 2022

In accordance with the Court's instructions at the June 2, 2022, status conference, the United States hereby proposes the following pretrial deadlines. The government contacted defense counsel to submit a joint proposal with no response.

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment   February 6, 2023____
Aspirational date for grand jury decision re: superseding indictment   February 6, 2023____
Government to complete discovery under any superseding indictment   February 13, 2023____
Discovery motions (Fed. R. Crim. P. 16)   February 27, 2023____

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)   February 27, 2023____
Defendant's expert notice (FRE 701 & 702)   February 27, 2023____
Government's FRE 404(b) notice   February 27, 2023____
Defendant's response to FRE 404(b) notice   March 6, 2023_____
*Brady* notice   February 27, 2023____

Experts
Expert reports (FRE 702)   March 27, 2023_____
Lay witness identification and subject matter (FRE 701)   March 27, 2023_____

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment   March 6, 2023_____
   Government's response to Defendant's non-evidentiary motions   March 20, 2023_____
   Defendant's reply as to non-evidentiary motions   March 27, 2023_____
Government's non-evidentiary pretrial motions   March 6, 2023_____
   Defendant's response to Government's non-evidentiary motions   March 20, 2023_____
   Government's reply as to non-evidentiary motions   March 27, 2023_____

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                           March 13, 2023_____
    Government's response to Defendant's evidentiary motions    March 27, 2023_____
    Defendant's reply as to evidentiary motions                  April 3, 2023_____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                                  March 13, 2023_____
    Defendant's response to Government's evidentiary motions    March 27, 2023_____
    Government's reply as to evidentiary motions                April 3, 2023_____

Motions in Limine
Motions *in limine* by both sides                                            March 20, 2023_____
Responses to motions *in limine*                                             April 3, 2023_____
Replies as to motions *in limine*                                            April 10, 2023_____

Joint notice of stipulations                                                 April 17, 2023_____

*Giglio* and *Jencks* material                                               April 17, 2023_____

*Voir Dire* and Jury Instructions                                            April 17, 2023_____

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits                         April 17, 2023_____
Defendant's witness list, exhibit list and exhibits                          April 17, 2023_____

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

                                                  HONORABLE COLLEEN KOLLAR-KOTELLY
                                                  UNITED STATES DISTRICT JUDGE