**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CLIFFORD MACKRELL,<br><br>Defendant. | Criminal No. 21-CR-276 (CKK) |

**PRETRIAL SCHEDULING ORDER**
July 27, 2022

The parties shall adhere to the following deadlines in advance of trial.

*Proposed Deadlines*

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final discovery under present indictment | February 6, 2023____ |
| Aspirational date for grand jury decision re: superseding indictment | February 6, 2023____ |
| Government to complete discovery under any superseding indictment | February 13, 2023___ |
| Discovery motions (Fed. R. Crim. P. 16) | February 27, 2023___ |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | February 27, 2023___ |
| Defendant's expert notice (FRE 701 & 702) | February 27, 2023___ |
| Government's FRE 404(b) notice | February 27, 2023___ |
| Defendant's response to FRE 404(b) notice | March 6, 2023_____ |
| *Brady* notice | February 27, 2023___ |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | March 27, 2023_____ |
| Lay witness identification and subject matter (FRE 701) | March 27, 2023_____ |

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions,<br>such as motions challenging the indictment | March 6, 2023_____ |
|     Government's response to Defendant's non-evidentiary motions | March 20, 2023_____ |
|     Defendant's reply as to non-evidentiary motions | March 27, 2023_____ |
| Government's non-evidentiary pretrial motions | March 6, 2023_____ |
|     Defendant's response to Government's non-evidentiary motions | March 20, 2023_____ |
|     Government's reply as to non-evidentiary motions | March 27, 2023_____ |

1

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                         March 13, 2023_____
    Government's response to Defendant's evidentiary motions         March 27, 2023_____
    Defendant's reply as to evidentiary motions                     April 3, 2023_____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                                March 13, 2023_____
    Defendant's response to Government's evidentiary motions        March 27, 2023_____
    Government's reply as to evidentiary motions                    April 3, 2023_____

Motions in Limine
Motions *in limine* by both sides                                          March 20, 2023_____
Responses to motions *in limine*                                           April 3, 2023_____
Replies as to motions *in limine*                                          April 10, 2023_____

Joint notice of stipulations                                               April 17, 2023_____

*Giglio* and *Jencks* material                                             April 17, 2023_____

*Voir Dire* and Jury Instructions                                          April 17, 2023_____

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits                       April 17, 2023_____
Defendant's witness list, exhibit list and exhibits                        April 17, 2023_____

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is tentatively set for **May 10, 2023**.

    **SO ORDERED.**                              _____
                                                               HONORABLE COLLEEN KOLLAR-KOTELLY
                                                               UNITED STATES DISTRICT JUDGE