UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Criminal No.  21-cr-0276 (CKK) |
| v. | : |
| | : |
| **MACKRELL,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Brian P. Kelly, as counsel for the United States, is terminating their appearance as counsel of record in this matter. Any other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*By:* _____
Assistant United States Attorney
D.C. Bar No. 983689
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
Telephone: 202-252-7503
E-mail: brian.kelly3@usdoj.gov