# Exhibit 2: Letters in support of Clifford Mackrell

| | |
|---|---|
| **From:** | Tariq Muqeet |
| **To:** | Elizabeth Mullin |
| **Subject:** | Character Letter for Clifford Mackrell |
| **Date:** | Wednesday, October 11, 2023 6:01:36 AM |

Dear Judge Kollar-Kotelly

We are the grandparents of Clifford J. Mackrell. He is our first grandson and we are very proud of him.

He has always been respectful to us and will come to us if we ever call, no matter what the reason.

Whenever he was a young child, he became a big brother. At all times he cared for his younger brother and sister and would let nothing harm them. They were his pride and joy. He would look out for them even at that young age. He also had a great respect for women and especially for veterans. He would always, and still to this day open and hold the door for both women and servicemen and women.

As he grew to be a little older, things in the household changed, when his parents divorced. He was still good to his siblings trying to help his mother. It was not easy for the children being taken back and forth between the parents, and having separate sets of rules to live by. As a grandparent, we could not say too much about how the children were being raised, for example, they were not allowed to watch television at the father's house, or play video games. It was very sad and upsetting to know that the children could not be children while at their father's place.

In order to help my daughter, we would keep the children here with us while she worked, and they were a complete joy to have around. Cliff had, and still has great manners, and is very respectful.

As he grew older, and went to high school, we didn't see him as much, but if he knew we were doing something, he'd show up first. On holidays, we always were together, sometimes, we had to rearrange our plans, such as, doing thanksgiving on another day because the children were at the fathers, but as long as we were together, was all that mattered. One of our favorite things to do is play cards. So every holiday, we would either play cards before dinner or as soon as dinner was finished and that would last all hours. It was so fun and we laughed and laughed. Another time, we were out running errands, it was snowing, when we got home, our driveway was manually shoveled, Cliff came over, went across the street and borrowed a shovel, and did our driveway for us. He sat in his car and waited for us to get home just so he could spend time with us. Another time, we put a new shed in the yard, he came over to help put boards on the bottom to keep animals out, he worked in the hot sun all day, without complaining at all, and worked until it was all done. These are just a few times that Cliff has stepped up for us.

We noticed a change in Cliff after high school, we thought it was just teenage angst. We later found out that he had ▇▇▇▇▇▇▇▇▇▇. He has been taking medication and speaking with a therapist and things are changing back to the old Cliff. Which we are thrilled about.

We understand that Cliff is going to be punished for the incident that happened on January 6, I implore you to please, please, take into consideration that he really wasn't in his right state of mind at that time.  He really is a good person and is loved very much by us.



Thank you,
Tariq and Judy Muqeet
Cliffs Grandparents

Dear Judge Kollar-Kotelly,

    My name is Kayla Lee Wohleber. I am a newly stay at home mom of one. I have known Clifford Mackrell since junior year of high school, (2017). We both went to a vocational school to learn blue collar trades and ended up having some academic classes together. Through out high school Cliff and I were friends but not the closest. Once graduating we drifted apart until 2021 when I started dating one of his best friends Mark Taylor II. Since then my friendship with Cliff has grown really close. I consider him a brother and he is going to be the godfather of my daughter when we get her baptized. Clifford's character is by far the best character of a person I know. He is honest, loyal, trustworthy, compassionate and reliable just to name a few. He is known of being a hard working man who enjoys his family and his friends. He helps out his family in any way he can. Whether that is watching his younger brother for his parents or helping his mom out by buying her groceries. He would do anything for his siblings if they were stuck in a bind (financially or emotionally). Family and friends is what Cliff is about, it is what he values the most in life.

 He is one of the very few people I can call on at any hour of the day for help with anything and he will drop what he is doing to come and help me. Recently I had given birth to my daughter. I made the call to Cliff to let him know I was heading into the hospital. He dropped everything he was doing to meet us at the hospital just to make sure I and the baby was okay and to be there for her birth. Cliff goes out of his way to make sure everyone has what they need before making sure he has what he needs. One time my fiancé Mark and I were stuck stranded because our brake lines blew out on our truck in the early hours. We gave Cliff a call. Within 30 minutes Cliff was there to pick us up and take us home. If I needed anything in the world, Cliff would be there to help me or get me what I needed with out a doubt or question about it.

Now this being said; I am personally disappointed with the violation he is being sentenced with. I personally did not know about what happened. Once I learned about it I did address him about how I was unhappy and disappointed in his choice of actions. He understood fully of how I felt and showed remorse to me about the topic and conversation of it all. And as I stand about it, as of today it does not change what I think about him or change my friendship with him. He wants to be around for his goddaughters life and any future nieces or nephews he may have.

Thank you in advance Judge Kollar-Kotelly,

*Kayla Wohleber*

Kayla Wohleber

**Lydia Shaw**



7th February 2024

**The Honorable Judge Koller-Kotelly**
United States District Court for the District of Columbia

Dear Judge Kollar-Kotelly,

My name is Lydia Shaw and I'm a mother of a two year old and have another on the way. I currently work at McDonald's as an MIT( manager-in-training), as well as being a full-time college student at Lorain Community College. I met Clifford Mackrell through my boyfriend Sean Harris about three years ago. I got to know Clifford better over the first year of my son's life, and through that time Sean and I decided to ask Clifford to be our son's GodFather.

I consider Clifford to be one of my closest friends, as he has been here for me through a lot of rough times. I am currently finding out that I have some heart issues that cause fainting spells, lightheadedness, and weakness. During one of my spells, Clifford was there and immediately took me to the hospital, as well as stayed there with me even though he does not like hospitals. He does not think twice as to what makes him more comfortable and rather what he can do to help us out. If I cannot take my son to his babysitter, I know I can call Clifford and he would be over in a heartbeat. It's very hard for me to trust just anyone with my son, but Clifford is so gentle, kind, and loving towards Micah, that I have been able to put complete trust in Clifford with Micah.

Clifford has also been one of my biggest supporters. I have had a lot of family problems, and Clifford knew how much it bothered me. Clifford always made sure to remind me that I was part of his family, and that everyone around me always had my back. Clifford also supported me through school. There have been multiple occasions where Clifford and I sat down and talked about Religion through different views, or about science. Clifford took the time to

help me see different subjects in different lights. I don't quite understand why Clifford has been so generous and caring towards my family when he had things going on in his own life. Clifford has always kept hope in all of us for his own situation. Clifford is a gift to his friends and family.

Sincerely,

**Lydia Shaw**

**Sean Harris**



7th February 2024

**The Honorable Judge Kollar-Kotelly**
United States District Court for the District of Columbia

Dear Judge Kollar-Kotelly,

  My name is Sean Harris, I am 23 years old. I am a father of one, two year old and expecting another. I work as a chimney sweep in the Cleveland area. I work for Century Chimney. I have known Clifford Mackrell since I was a junior at a trade school we both went to in 2017. I have worked side by side with Clifford during school; we both attended and completed Commercial Truck Technology and graduated from Lcjvs in Oberlin, Ohio. I also worked alongside Clifford at Nbn Powder Packaging in Elyria Ohio.

  Clifford is one of my best friends. Clifford is also the godfather of my children. He would give me the shirt off of his back, without a second thought. He always takes care of his friends and family. He has left work countless times to be there for me and my family. He is a hardworking, dedicated, handy, and smart man. He always makes people around him happy. He treats my son, Micah Harris, amazingly and always looks out for him. He's always there whenever you need him.

  Just recently I have had some health problems, where i would have to go to the Emergency room. Well I get this stomach bug every so often where I can't hold any food or water down. It gets bad sometimes when i get dehydrated. Which causes me to go to the Er. Well one of these instances i had to leave at 5:30 in the morning but i couldn't drive. So I called Clifford and he headed as soon as he got dressed. So I had my girlfriend Lydia Shaw take me to the emergency room. Cliff has come over whenever I had a panic attack after I got done working at the century chimney. When we were in high school together he came over and pulled my range rover out of my front yard. It was stuck up to the fenders, he said that he could get it out for me because he ;earned a couple things from his father. He eventually did before my mother came home from work. He helped put a roof on my mothers house. He helped rebuild my garage. All asking for no money. He has built many friendships on

the hard work and honest man he is. He honestly is a miracle in my life. I wish everyone knew Clifford Mackrell like I do.

 Sincerely,

**Sean Harris**