# Exhibit 3: Letter to the Court from Clifford Mackrell

Dear Judge Kollar-Kotelly,

My name is Cliff Mackrell. I am writing this letter to express my deepest apologies for my actions during the events at the Capitol on 01/06/2020. I am filled with remorse and regret causing harm to law enforcement officers. I want to make it clear that my actions were inexcusable and completely contrary to the values of respect, civility, and lawfulness that I strive to uphold as a member of society. I take full responsibility for my behavior and understand the gravity of the consequences it has caused, both for myself and for others involved. I want to sincerely apologize for any physical or emotional harm I may have caused to officers or anyone else during the events. It was never my intention to inflict harm, and I deeply regret my actions. I am committed to taking the necessary steps to make amends for my wrongdoing. This includes cooperating fully with law enforcement authorities, accepting any legal repercussions, and actively seeking ways to contribute positively to my community. Please know that I am deeply ashamed of my actions and am committed to learning from this experience and making better choices in the future. Once again, I offer my sincerest apologies to all those who were affected by my actions. I understand that words alone cannot undo the harm I have caused, but I hope that this letter is a step towards accountability and healing. Thank you for taking the time to read this letter. I am truly sorry.

Sincerely,

Cliff Mackrell